**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 5:24CR0405** |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **v.** | ) | |
| **ANDREW MEYERS,** | ) | **<u>GOVERNMENT'S RESPONSE TO DEFENDANTS' REQUEST FOR DISCOVERY</u>** |
| **Defendant.** | ) | |

Now comes the United States of America, by and through attorneys, Rebecca C. Lutzko, United States Attorney, and Joseph P. Dangelo, Assistant U. S. Attorney, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides notice of discovery and responds to defendant's request for discovery.

Discovery was delivered via USAfx on November 19, 2024**.**

## I. <u>Discovery and Inspection</u>

The United States will permit the defendant to inspect and copy or photograph:

### A. <u>Statements of the defendant to law enforcement agents.</u>

1. Please refer to written reports provided which summarize statements if any.
2. No grand jury testimony by the defendant.
3. Any video or audio recorded statements were or will be provided to defense counsel.

**B. <u>Defendant's prior record.</u>**

The government has no information about the defendant's prior criminal record additional to what has already been provided and what was contained in the Pretrial Services Report.

**C. <u>Documents and tangible objects.</u>**

Prior to trial and at the convenience of defense counsel the government will permit inspection, copying and photographing of the items listed in Rule 16(a)(1)(E), documents and tangible objects, including the following

For purposes of expediency, the government has provided documents and tangible objects to defense counsel described as follows:

[redacted] SW Photos & Videos
IMG_0243.JPG
IMG_0245.JPG
IMG_0246.JPG
IMG_0247.JPG
IMG_0346.JPG
IMG_0347.JPG
IMG_1776.JPG
Meyers Conviction - Laramie County, WY 2020.pdf
Meyers Det Hrg Exhibits 1-10 Hrg 10-22-24.pdf
Meyers Order Revoking & Reinstating Probation - 2023 WY.pdf
Meyers Warrant - Laramie County, WY.pdf
Nexus - [redacted] pdf
SW [redacted] pdf
SWs Obtained August 2024.pdf

**D. <u>Reports of examinations and tests.</u>**

Prior to trial and at the convenience of defense counsel the government will permit inspection, copying and photographing of the items listed in Rule 16(a)(1)(F), reports of examinations and tests, if they exist in this case.

The government reserves the right to supplement additional discovery as received.

**II. Exculpatory Evidence.**

The government is mindful of its obligations under Brady v. Maryland, 373 U.S. 83 (1963); United States v. Agurs, 427 U.S. 97 (1977); and Giglio v. United States, 405 U.S. 150 (1972). To the extent such information exists, the government will divulge to counsel at or shortly before the time of trial all promises or inducements offered to government witnesses, any plea agreements entered into therewith, the prior conviction of all such witnesses, any financial consideration provided thereto, and all other impeachment material subject to disclosure under the foregoing authorities.

**III. Demand for Discovery**

The government hereby makes a request for reciprocal discovery, pursuant to Rule 16(b)(1)(A) and (B) of the Federal Rules of Criminal Procedure, to inspect and copy any books, papers, documents, photographs, tangible objects, and results of physical or mental examinations or scientific tests or experiments, which are in the possession, custody or control of the defendant, or with the exercise of due diligence can be obtained by the defendant, and which the defendant intends to introduce as evidence at his forthcoming trial.

In addition, pursuant to Rule 12.1(a)(1), the United States hereby requests in writing a notification of any intended alibi defense.

Respectfully submitted,

**REBECCA C. LUTZKO**
**United States Attorney**

By: /s/ Joseph P. Dangelo

**JOSEPH P. DANGELO (#0079898)**
Assistant United States Attorney
Northern District of Ohio, Akron Branch
Seiberling Federal Courthouse
Two South Main Street
Akron, Ohio 44308
Direct: 330-761-0530
Cell: 216-905-0653
Joseph.Dangelo@usdoj.gov