**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **CASE NO.: 5:24-CR-00405** |
| | ) | |
| **v.** | ) | **JUDGE CHRISTOPHER BOYKO** |
| | ) | |
| **ANDREW MEYERS,** | ) | **MOTION FOR RELOCATION** |
| **Defendant.** | ) | |

Now comes Defendant, Andrew Meyers, by and through undersigned counsel, and hereby respectfully requests this Honorable Court to issue an Order allowing the Defendant to be relocated to the Medina County Jail for the following reasons.

Since Mr. Meyers has been incarcerated in Northeast Ohio Correctional Facility he has been consistently and on a routine basis assaulted and threatened by inmates in the facility. He has been placed in solitary confinement for at least once for a period of ten (10) days. Counsel has personally viewed the injuries on Mr. Meyers seeing numerous black eyes and injury to his face. Mr. Meyers is not safe in Northeast Ohio Correctional Facility and believes that numerous gang members who are housed in that facility are also housed in the Mahoning County Jail.

Therefore, out of an abundance of caution and to ensure the safety and protection of Mr. Meyers, the Defense would respectfully request that this Court issue an Order instructing the U.S. Marshals to transfer Mr. Meyers to Medina County Jail, which is believed to also have contract with the U.S. Marshals to house inmates pending trial.

For the forgoing reasons, Defense would respectfully request this Court issue this necessary Order to ensure the safety and well-being of Mr. Meyers.

Respectfully submitted,

DICAUDO, PITCHFORD & YODER, LLC

/s/ J. Reid Yoder
J. Reid Yoder (0076587)
209 S. Main Street, Third Floor
Akron, Ohio 44308
Telephone:330.762.7477
Facsimile:330.762.8059
Email: ryoder@dpylaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 18, 2025, a copy of the foregoing was served upon counsel for all parties.

/s/ J. Reid Yoder
J. Reid Yoder (0076587)