IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | Case No. 5:24-cr-00405 |
| Plaintiff, | ) | ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PURPOSES OF RECEIVING DEFENDANT'S PLEA OF GUILTY |
| -v- | ) | |
| Andrew Meyers, | ) | |
| Defendant. | ) | |

Pursuant to General Order 99-49, this case is referred to a United States Magistrate Judge for purposes of receiving, on consent of the parties, defendant's arraignment and offer of a plea of guilty on the Indictment, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered. Counsel shall contact the Magistrate Judge's Chambers to schedule the change of plea hearing.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: January 22, 2026