**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,** | ) | **CASE NO.: 5:24-cr-00405**<br>**5:25-cr-00634** |
| **v.** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **ANDREW MEYERS,**<br>**Defendant.** | ) | **NOTICE OF APPEAL** |

Notice is hereby given that Defendant Andrew Meyers, hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Final Judgement (Doc #32) in case 5:24-cr-00405 and (Doc #21) in case 5:25-cr-00634 entered in this action on the May 28, 2026.

Respectfully submitted,

DICAUDO, PITCHFORD & YODER, LLC

/s/ J. Reid Yoder
J. Reid Yoder (0076587)
209 S. Main Street, Third Floor
Akron, Ohio 44308
Telephone:330.762.7477
Facsimile:330.762.8059
Email: ryoder@dpylaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 29, 2026 a copy of the foregoing was served upon counsel for all parties via electronic filing.

/s/ J. Reid Yoder
J. Reid Yoder (0076587)